NOT FOR PUBLICATION                           JUN 24 2011

UNITED STATES OF AMERICA,                No. 09-10478

            Plaintiff - Appellee,       D.C. No. 2:09-cr-50033-NVW

   v.

                                         MEMORANDUM[*]
JON ALBERT MORENO, a.k.a. Jon A.
Moreno,

            Defendant - Appellant.

Appeal from the United States District Court
for the District of Arizona
Neil V. Wake, District Judge, Presiding

Submitted June 15, 2011[**]

Before:     CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

    Jon Albert Moreno appeals from the district court's order revoking his

supervised release and from the seven-month sentence imposed upon revocation.

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Moreno's counsel has filed

---

    [*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.